Decided November 4, 1993

STANLEY V. TUCKER *v.* PACE INVESTMENT ASSOCIATIONS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 384 (AC 11303), is denied.